People v Bennerman (2025 NY Slip Op 01382)

People v Bennerman

2025 NY Slip Op 01382

Decided on March 12, 2025

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on March 12, 2025
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Second Judicial Department

LARA J. GENOVESI, J.P.
WILLIAM G. FORD
LILLIAN WAN
JAMES P. MCCORMACK, JJ.

2024-04048
 (Ind. No. 70757/23)

[*1]The People of the State of New York, respondent,
v
Lamar Bennerman, appellant.

Samuel Coe, White Plains, NY, for appellant.
David L. Hoovler, District Attorney, Goshen, NY (Cynthia Dolan and Andrew R. Kass of counsel), for respondent.

DECISION & ORDER
Appeal by the defendant from a judgment of the County Court, Orange County (Craig Stephen Brown, J.), rendered April 11, 2024, convicting him of attempted criminal possession of a controlled substance in the fourth degree and criminal use of drug paraphernalia in the second degree, upon his plea of guilty, and imposing sentence.
ORDERED that the judgment is affirmed.
The defendant's waiver of his right to appeal, the validity of which he does not challenge, precludes appellate review of his contention that the sentence imposed was excessive (see People v Doyle, 224 AD3d 773; People v Guzman, 127 AD3d 1108).
GENOVESI, J.P., FORD, WAN and MCCORMACK, JJ., concur.
ENTER:
Darrell M. Joseph
Clerk of the Court